RONALD J. TENPAS
Assistant Attorney General
JEAN WILLIAMS, Chief
MARK A. BROWN
Senior Trial Attorney
United States Department of Justice
Environment and Natural Resource Division
Wildlife and Marine Resources Section
P.O. Box 7369
Washington, D.C. 20044-7369
Tel: (202) 305-0204; Fax: (202) 305-0275

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAI‛I

| | |
|---|---|
| GREENPEACE FOUNDATION;<br>CENTER FOR BIOLOGICAL DIVERSITY;<br>AND TURTLE ISLAND RESTORATION<br>NETWORK,<br><br>                Plaintiffs,<br><br>   vs.<br><br>CARLOS GUTIERREZ, SECRETARY OF<br>THE UNITED STATES DEPARTMENT OF<br>COMMERCE; AND JAMES W. BALSIGER[1],<br>ACTING ASSISTANT ADMINISTRATOR FOR<br>FISHERIES, NATIONAL MARINE FISHERIES<br>SERVICE,<br>                Defendants, and<br><br>ASSOCIATION OF NWHI LOBSTER PERMIT<br>HOLDERS,<br><br>                Defendant-Intervenor. | Civil No.: 00-00068 (SPK)(FIY)<br><br>**FEDERAL DEFENDANTS'**<br>**NOTICE REGARDING**<br>**LOBSTER RESEARCH**<br><br><br><br><br><br><br><br><br><br>Date:    N/A<br>Time:   N/A<br>Judge:  Hon. Samuel P. King |

       PLEASE TAKE NOTICE that the Federal Defendants are hereby filing a National

Marine Fisheries Service ("NMFS") memorandum (attached hereto as Defendants' Exhibit 1),

which describes the agency's plans for lobster research in the Northwestern Hawaiian Islands in

---

[1] In his official capacity, James W. Balsiger is automatically substituted as co-Defendant, in place of William Hogarth, pursuant to Fed. R. Civ. P. 25(d)(1).

2008. As set forth in the memorandum, NMFS plans to conduct various research projects, including catch-and-release studies to monitor previously-tagged lobsters. The planned studies are independent of the commercial fishery, which remains closed, and NMFS is strictly limiting the number of lobsters removed to those specimens needed for laboratory analysis. In accordance with this Court's Order filed November 15, 2000 (122 F.Supp.2d 1123, 1139), NMFS is submitting this Notice to keep the Court and the parties informed concerning ongoing research efforts pertinent to this fishery.

Respectfully submitted,

        RONALD J. TENPAS
        Assistant Attorney General
        JEAN WILLIAMS, Chief

DATED: February 20, 2008    /s/ Mark Arthur Brown
        MARK ARTHUR BROWN
        (Florida Bar No. 0999504)
        Senior Trial Attorney
        Wildlife & Marine Resources Section
        Environment & Natural Resources Division
        U.S. Department of Justice
        Benjamin Franklin Station
        P.O. Box 7369
        Washington, D.C. 20044-7369
        Telephone: (202) 305-0204
        Facsimile: (202) 305-0275

        Street Address:
        U.S. Department of Justice
        601 D St., N.W.
        Room 3933
        Washington, DC 20004

        Attorneys for Federal Defendants

OF COUNSEL:

SILAS DeROMA
Regional Counsel
1601 Kapiolani Blvd., Suite 1110

Honolulu, Hawaii 96814-4700
(808) 944-2164
(808) 973-2941 (fax)

PAMELA LAWRENCE
FRANK SPRTEL
Office of General Counsel for Fisheries
National Oceanic and Atmospheric Administration
1315 East West Highway
SSMC-Building 3---Room 15602
Silver Spring, MD  20910
(301) 713-2231
(301) 713-0658 (Fax)

CERTIFICATE OF SERVICE

       I hereby certify that I caused a copy of the foregoing "Federal Defendants' Notice Regarding Lobster Research" to be served this 20th day of February, 2008, by first-class mail, postage pre-paid, upon the following:

Paul H. Achitoff
David L. Henkin
D. Kapua Ala Sproat
Earthjustice Legal Defense Fund
223 South King Street, 4th Floor
Honolulu, Hawaii 96813

Bryan Y. Y. Ho
Donald E. Fisher
Suite 1614, Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813                    /s/   Mark A. Brown
                                                         Mark A. Brown